NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LG ELECTRONICS, INC.

---

2011-1248
(Reexamination No. 90/008,522)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

LG Electronics, Inc. moves to substitute Eric A. Shumsky as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Eric A. Shumsky and Erik A. Puknys should each promptly file a new entry of appearance.

FOR THE COURT

**MAY 1 8 2011**
                 Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Erik R. Puknys, Esq.
     Eric A. Shumsky, Esq.
     Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 8 2011**

**JAN HORBALY**
**CLERK**